Opinion issued January 7, 2020



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00393-CV

———————————

**JAC HOSPITALITY, LLC, JOHN LY, CATHERINE LY, AND JASON LY, Appellants**

**V.**

**VINTAGE DUNHILL, Appellee**

---

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2016-77844**

---

## MEMORANDUM OPINION

Appellants, JAC Hospitality, LLC, John Ly, Catherine Ly, and Jason Ly, have

filed a motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

Ten days have passed with no response. *See* TEX. R. APP. P. 10.3(a). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant appellants' motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.